**FILED**

07/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0094

_____

CINDY FUSON,

     Plaintiff and Appellant,

   v.                          O R D E R

CHS INC., and DOES 1-5,

     Defendants and Appellees.

_____

Upon consideration of Appellant Cindy Fuson's Motion for Extension of Time and good cause appearing therefore, Fuson is GRANTED an extension of time within which to file his Reply Brief to and including August 11, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2023